UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                                      Chapter 7
                                                                                              Case No. 10-74894-AST
INTERNATIONAL TOBACCO PARTNERS LTD.,

                        Debtor.
-------------------------------------------------------------------x
RICHARD L. STERN, AS CHAPTER
7 TRUSTEE OF THE ESTATE OF
INTERNATIONAL TOBACCO PARTNERS LTD.,

                        Plaintiff,

                 - against -                                                           Adv Pro No. 11-9271-AST

STATE OF OHIO, GRAND TOBACCO, LTD. &
LPC, INC.,

                        Defendants.
-------------------------------------------------------------------x

## NOTICE OF DISMISSAL OF THE PENDING ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Richard L. Stern, Esq. as the Chapter 7 Trustee of the bankruptcy estate of International Tobacco Partners Ltd. (the "Plaintiff"), by his attorneys, LaMonica Herbst & Maniscalco, LLP, hereby voluntarily dismisses, with prejudice, the pending adversary proceeding against the defendants, Grand Tobacco Ltd. and LPC Inc., without cost to any of the aforementioned parties.

Dated: Wantagh, New York
          November 5, 2012

                                                      **LaMonica Herbst & Maniscalco, LLP**
                                                      Attorneys for the Plaintiff


                                                      By:    *s/ Salvatore LaMonica*
                                                                 Salvatore LaMonica, Esq.
                                                                  3305 Jerusalem Avenue
                                                                   Wantagh, New York 11793
                                                                   Ph. 516.826.6500

To:    *Office of the United States Trustee*

*M:\Documents\Company\Cases\Int'l Tobacco Partners\Adv Proc Ohio State et al\Notice of Dismissal of All Defendants.docx*